# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00640-CR

**Lorenzo Washington, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 005016, HONORABLE BOB PERKINS, JUDGE PRESIDING

This is an appeal from a judgment of conviction for theft. Sentence was imposed on December 4, 2000. There was a timely motion for new trial, so the deadline for perfecting appeal was March 5, 2001. Tex. R. App. P. 26.2(a)(1)(2). Notice of appeal was filed on October 12, 2001. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed: November 29, 2001

Do Not Publish